UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL MATTHEWS-ORTA, | 2:14-cv-01853-JAD-PAL |
| *Petitioner*, | |
| vs. | ORDER |
| ERIC H. HOLDER, JR., *et al.*, | |
| *Respondents*. | |

Petitioner, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and an emergency motion for a stay of deportation pending disposition of the habeas corpus petition (Doc. 4).[1] Petitioner has paid the filing fee for this action, and this court has conducted a preliminary review of the petition and motion for a stay of deportation.

The court notes that petitioner has filed two *pro se* motions for hearing and scheduling order (Doc. 2, 3). Petitioner may not file papers in proper person while represented by counsel, *see* L.R. IA 10-6(a), and therefore, these motions shall be stricken.

**IT IS THEREFORE ORDERED** that the Clerk of the Court **SHALL SERVE** the petition (Doc. 1) and the emergency motion for a stay of deportation (Doc. 4), along with this order, upon respondents as follows:

1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition (Doc. 1), the emergency motion for a stay of deportation (Doc. 4), and this order on the United States Attorney for the District of Nevada or an Assistant United States Attorney or a clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

---

[1] The motion for stay was included at the end of the petition itself, and thus the same document has been docketed as the petition (Doc. 1) and the motion for stay (Doc. 4).

  2. By sending a copy of the petition (Doc. 1), the emergency motion for a stay of deportation (Doc. 4), and this order by registered or certified mail to the following: (1) Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue, Washington DC 20530; (2) Anthony L. De Meo, Sheriff, Nye County, 101 Radar Road, Tonopah, NV 89049; (3) Person in charge, c/o ICE/DRO, 3373 Pepper Lane, Las Vegas, NV 89120; (4) ICE field office in Nevada, Assistant Chief Counsel/DHS, 3373 Pepper Lane, Las Vegas, NV 89120; (5) Adam Paul Laxalt, Attorney General, State of Nevada, 555 E. Washington, Las Vegas, NV 89101.

  IT IS FURTHER ORDERED that **respondents SHALL FILE AND SERVE an answer or other response to the petition (Doc. 1) and the emergency motion for a stay of deportation (Doc. 4) within 15 days of the date of this order**.

  IT IS FURTHER ORDERED that **petitioner SHALL FILE AND SERVE a reply to respondents' answer or response to the petition and response to the motion for a stay of deportation within 10 days of the date that petitioner is served** with the same.

  IT IS FURTHER ORDERED that **all exhibits** filed by respondents and petitioner herein **SHALL BE FILED with a separate index** of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be **identified by the number** or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibits SHALL BE FORWARDED on the date of filing to the staff attorneys, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

  IT IS FURTHER ORDERED that petitioner's *pro se* motion for hearing **(Doc. 2)** and motion for scheduling order **(Doc. 3) are both STRICKEN**.

  Dated April 8, 2015

                 _____
                 JENNIFER DORSEY
                 UNITED STATES DISTRICT JUDGE