# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAUL MATTHEWS-ORTA,

    *Petitioner*,

vs.

ERIC H. HOLDER, JR., *et al.*,

    *Respondents*.

2:14-cv-01853-JAD-PAL

**ORDER**

Respondents having submitted a motion to permit appearance of government attorney (Doc. 8), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' motion to permit appearance of government attorney (Doc. 8) is **GRANTED**. W. Manning Evans is permitted to practice before the court in this action.

Dated: April 15, 2015.

_____
UNITED STATES DISTRICT JUDGE