# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAUL MATTHEWS-ORTA,

    *Petitioner*,

vs.

ERIC H. HOLDER, JR., *et al.*,

    *Respondents*.

2:14-cv-01853-JAD-PAL

**ORDER**

Respondents having submitted an unopposed motion to extend time to respond to the emergency motion for stay of removal (Doc. 15), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' motion to extend time (Doc. 15) is **GRANTED**.  Respondents shall file their response to the motion for stay on or before April 30, 2015.

Dated: April 29, 2015.

_____
UNITED STATES DISTRICT JUDGE